# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:**

| | | |
|---|---|---|
| City: | Superseding Indictment: | Criminal No. |
| County: Fairfax County | Same Defendant: | New Defendant: X |
| | Magistrate Judge Case No. 20-mj-4 | Arraignment Date: |
| | Search Warrant Case No. | R. 20/R. 40 From: |

## Defendant Information:

**Defendant Name:** John William Kirby Kelley  **Alias(es):** Carl, BotGod  ☐ Juvenile  **FBI No.**

**Address:** Vienna, Virginia

**Employment:** Unemployed

**Birth Date:** 2000  **SSN:**  **Sex:** Male  **Race:** White  **Nationality:**

**Place of Birth:** Virginia  **Height:** 6'1"  **Weight:** 131  **Hair:** Black  **Eyes:** Brown  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Carina A. Cuellar  **Phone:** 703-299-3800  **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI SA Jonathan M. Lund

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Consp against the United States | 1 | Felony |
| Set 2: | | | | |

**Date:** 1/7/2020  **AUSA Signature:** [signature]  *may be continued on reverse*