UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: R5      CASE #: 20mJ4

-VS-

DATE: 1/10/20      TIME: 2:00pm

TYPE: FTR RECORDER      DEPUTY CLERK: T. FITZGERALD

John Kirby Kelley

COUNSEL FOR THE UNITED STATES: C. Cuellar

COUNSEL FOR THE DEFENDANT: w/o

INTERPRETER: _____      LANGUAGE: _____

(X) DEFENDANT APPEARED: ( ) WITH COUNSEL    (X) WITHOUT COUNSEL

(X) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(X) COURT TO APPOINT COUNSEL  FPD      ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention - Granted.

CONDITIONS OF RELEASE:
($       ) UNSECURED ($       ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED ·
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 1/15/20 at 2:00pm before Anderson
(X) DH (X) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) RS