|  | TYPE OF HEARING: PH/DH |
|---|---|
|  | CASE NUMBER: 20mj4 |
|  | MAGISTRATE JUDGE: John F. Anderson |
|  | DATE: 1/15/20 |
|  | TIME: 2pm |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |

UNITED STATES OF AMERICA

    VS.

John William Kirby Kelley

GOVT. ATTY: Carina Cuellar

DEFT'S ATTY: Cadence Mertz / Nathan Wenstrup

DUTY AFPD: _____

INTERPRETER/LANGUAGE: Matter came on

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL ( )   FPD ( )  CJA ( )  Conflict List ( )

for PH/DH. Preliminary hearing waived. Court finds PC. Matter cont'd for further proceedings before the Grand Jury.

BOND: Deft is not seeking release at this time.

Deft remanded.

NEXT COURT APPEARANCE: _____   TIME: _____

4 min.