AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

FILED
JAN 15 2020

United States of America )
v. )
JOHN WILLIAM KIRBY KELLEY ) Case No. 20-mj-4
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 1/15/20

_Defendant's signature_

_Signature of defendant's attorney_

Cadence Mertz, 89750
_Printed name and bar number of defendant's attorney_

FPDO, 1650 KING ST
_Address of defendant's attorney_

cadence_mertz@fd.org
_E-mail address of defendant's attorney_

703.600.0800
_Telephone number of defendant's attorney_

703.600.0880
_FAX number of defendant's attorney_